IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LUIS GONZALEZ,<br><br>Petitioner,<br><br>v.<br><br>BARRY SMITH, et al.,<br><br>Respondents. | CIVIL ACTION<br><br>NO. 20-2844-KSM |

## ORDER

**AND NOW**, this 18th day of October, 2022, upon consideration of Gonzalez's Petition for Relief under Federal Rule of Civil Procedure 60(b)(6) (Doc. No. 45) and Respondents' response (Doc. No. 47), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that Gonzalez's motion (Doc. No. 45) is **DENIED**.

**IT IS SO ORDERED.**

/s/KAREN SPENCER MARSTON
_____
KAREN SPENCER MARSTON, J.