IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LUIS GONZALEZ,<br><br>　Petitioner,<br><br>　v.<br><br>BARRY SMITH, et al.,<br><br>　Respondents. | CIVIL ACTION<br><br>NO. 20-2844-KSM |

# ORDER

**AND NOW**, this 1st day of June, 2023, upon consideration of Petitioner Luis Gonzalez's Application to File a Second or Successive Motion to Vacate Judgment Under Rule 60(b)(3) and 28 U.S.C. § 2254(d)(2) (Doc. No. 55) and Respondents' response (Doc. No. 57), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that Gonzalez's motion (Doc. No. 55) is **DENIED**. It is further **ORDERED** that Court finds no probable cause to issue a certificate of appealability.[1]

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/KAREN SPENCER MARSTON
　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　	　　　　　　　　KAREN SPENCER MARSTON, J.

---

[1] Because jurists of reason would not debate this Court's disposition of Defendant's motion, no certificate of appealability should be granted.  *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000).